**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-8018**

—————————

KORELL BATTLE, a/k/a Korell Robert Floyd Battle,

  Plaintiff - Appellant,

  v.

WILLIE EAGLETON, Warden, Evans Correctional Institution; SHARRON PATTERSON; ANTHONY RIDGES, Counsel Substitute,

  Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., District Judge.  (8:07-cv-01841-GRA)

—————————

Submitted:  January 15, 2009          Decided:  January 23, 2009

—————————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Korell Battle, Appellant Pro Se.  William Henry Davidson, II, Matthew Blaine Rosbrugh, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Korell Battle appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Battle v. Eagleton, No. 8:07-cv-01841-GRA (D.S.C. July 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2